UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARYL-MARIE BARRON,

    Plaintiff,

v.   Case No: 8:13-cv-31-T-30EAJ

THE SCHOOL BOARD OF
HILLSBOROUGH COUNTY, FLORIDA,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Defendant, The School Board of Hillsborough County, Florida's Bill of Costs (Dkt. #83). Plaintiff, Caryl-Marie Barron did not file a response in opposition. Defendant seeks costs in the amount of $2,050.14. Under Federal Rule of Civil Procedure 54(d)(1), costs "should be allowed to the prevailing party" unless "a federal statute, [the rules of Federal Civil Procedure], or a court order provides otherwise." The School Board of Hillsborough County, Florida prevailed in this case and is entitled to recover the costs enumerated under 28 U.S.C. § 1920. The Court concludes that Defendant is entitled to all of its costs.

It is therefore ORDERED AND ADJUDGED that:

1.     The School Board of Hillsborough County, Florida's Bill of Costs (Dkt. #83) is GRANTED.

2. The Clerk is directed to enter a **BILL OF COSTS** against Plaintiff Caryl-Marie Barron and in favor of Defendant The School Board of Hillsborough County, Florida in the amount of $2,050.14 for taxable costs.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of December, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Odd\2013\13-cv-31 bill of costs.docx